IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLVIA SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>SPIRALEDGE, INC. dba YOGA OUTLET,<br><br>Defendant. | Civil Action No. 6:20-cv-00336-DNH |

## STIPULATION FOR DISMISSAL

Plaintiff, SYLVIA SANTOS, and Defendant, SPIRALEDGE, INC. dba YOGA OUTLET, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 24, 2020

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | LITTLER MENDELSON, P.C. |
| By: /s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By: /s/ Nicole Ladner<br>Nicole Ladner, Esq.<br>nladner@littler.com<br>375 Woodcliff Drive, Suite 2D<br>Fairport, NY 14450<br>Phone: (585) 203-3400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: August 25, 2020

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of August, 2020.

                                                              */s/ Benjamin J. Sweet*
                                                                 Benjamin J. Sweet